UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRENCE REED, | |
| Plaintiff, | |
| -against- | 25 CIVIL 09137 (LTS) |
| DEPARTMENT OF CORRECTIONS, ET AL., | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the March 2, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    March 5, 2026

       New York, New York

 

_____
/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge